JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORTUNE CAPITAL, LLC, BENJAMIN B. EFRAIM, and KENA-CHIN EFRAIM, <br><br>         Plaintiffs <br><br> v. <br><br> CALIFORNIA BUSINESS BANK, RAFFI D. KRIKORIAN, MICHAEL MALUCCIO, COLE W. MINNICK, JR., JANE AUSERWALD, PEGGY HANSEN, MLADEN BUNTICH, STEVEN HONG, BIFF NAYLOR, KENNETH THOMPSON, and HUTCHINSON & BLOODGOOD, LLP, et al.; <br><br>         Defendants <br><br> And related cross-action | Case No. 12-10889 ODW (PJWx) <br><br> **ORDER DISMISSING ACTION** <br><br> Room:  11 <br> Judge:  Hon. Otis D. Wright, II |

Pahl & McCay
A Professional Corp.
225 W. Santa Clara
Suite 1500
San Jose, CA 95113
(408) 286-5100

*4010/001 -
00289457.DOCX.1

---

Having reviewed the Stipulation for Dismissal and good cause appearing therefor, **IT IS HEREBY ORDERED** that:

The entire action captioned *Fortune Capital LLC et al. v. California Business Bank et al.*, Case No. 12-10889-ODW (PJWx), including without limitation, the related cross-action, is hereby **DISMISSED WITH PREJUDICE**. The pending motions to dismiss (ECF Nos. 36, 40) are therefore **DENIED AS MOOT**.

**SO ORDERED.**

DATED:   March 19, 2013            _____
                                    OTIS D. WRIGHT, II
                                    UNITED STATES DISTRICT COURT JUDGE

Pahl & McCay
A Professional Corp.
225 W. Santa Clara
Suite 1500
San Jose, CA 95113
(408) 286-5100

*4010/001 -
00289457.DOCX.1